IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01343-WDM-KMT

BLACKFEET HOUSING,
THE ZUNI TRIBE,
ISLETA PUEBLO HOUSING AUTHORITY,
PUEBLO OF ACOMA HOUSING AUTHORITY,
ASSOCIATION OF VILLAGE COUNSEL PRESIDENTS REGIONAL HOUSING
    AUTHORITY,
NORTHWEST INUPIAT HOUSING AUTHORITY,
INTERIOR REGIONAL HOUSING AUTHORITY,
BRISTOL BAY HOUSING AUTHORITY,
ALUETIAN HOUSING AUTHORITY,
CHIPPEWA CREE HOUSING AUTHORITY, and
BIG PINE PAIUTE TRIBE,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),
ALPHONSO JACKSON, Secretary of HUD,
ORLANDO CABRERA, Assistant Secretary for Public and Indian Housing,
DEBORAH LALANCETTE, Director, HUD's Office of Grants Management, National Office
    of Native American Programs,

    Defendants.

**ORDER**

Upon consideration of the Stipulation Providing Preliminary Relief for Plaintiffs, filed March 5, 2008, it is ORDERED that the Stipulation is approved and, if necessary, may be enforced as an Order of this Court.

Dated March 17, 2008

BY THE COURT

_____
Walker D. Miller
United States District Court Judge