IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01343-RPM

BLACKFEET HOUSING,
THE ZUNI TRIBE,
ISLETA PUEBLO HOUSING AUTHORITY,
PUEBLO OF ACOMA HOUSING AUTHORITY,
ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS REGIONAL HOUSING AUTHORITY,
NORTHWEST INUPIAT HOUSING AUTHORITY,
INTERIOR REGIONAL HOUSING AUTHORITY,
BRISTOL BAY HOUSING AUTHORITY,
ALEUTIAN HOUSING AUTHORITY,
CHIPPEWA CREE HOUSING AUTHORITY, and
BIG PINE PAIUTE TRIBE,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),
ALPHONSO JACKSON Secretary of HUD,
ORLANDO CABRERA, Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director, HUD's Office of Grants Management, National Office of Native American Programs,

    Defendants.

_____

ORDER
_____

Pursuant to the Order of Reassignment [50] and upon review of the file and because further proceedings in this civil action will be coordinated with other cases pending in this court, it is

ORDERED that the status conference set for June 30, 2010, is vacated and it is

FURTHER ORDERED that the reference to a Magistrate Judge is vacated and it is

FURTHER ORDERED that the joint motion to dismiss the Interior Regional Housing Authority as a party plaintiff [48] is granted and Interior Regional Housing Authority is dismissed as a plaintiff in this civil action.

DATED: June 24th, 2010

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge