IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00018-RPM
    FORT PECK HOUSING AUTHORITY v. HUD, *et al.;*
Civil Action No. 06-cv-01680-RPM
    NORTHERN ARAPAHO TRIBE, *et al.,* v. HUD, *et al.;*
Civil Action No. 07-cv-01343-RPM
    BLACKFEET HOUSING, *et al.,* v. HUD, *et al.;*
Civil Action No. 08-cv-00451-RPM
    TLINGIT-HAIDA REGIONAL HOUSING AUTHORITY v. HUD, *et al.;*
Civil Action No. 08-00826-RPM
    NAVAJO HOUSING AUTHORITY v. HUD, *et al.;*
Civil Action No. 08-cv-02570-RPM
    YAKAMA NATION HOUSING AUTHORITY v. HUD, *et al.;*
Civil Action No. 08-cv-02573-RPM
    MODOC LASSEN INDIAN HOUSING AUTHORITY v. HUD, *et al.;*
Civil Action No. 08-cv-02577-RPM
    CHOCTAW NATION OF OKLAHOMA, *et al.,* v. HUD, *et al.;* and
Civil Action No. 08-cv-02584-RPM
    SICANGU WICOTI AWANYAKAPI CORPORATION, *et al.,* v. HUD, *et al.*

---

ORDER FOR CONSOLIDATED STATUS CONFERENCE

---

    In these nine civil actions there are some common issues concerning the allocation of funds appropriated for low-income housing assistance for Indian tribes. While there are individual differences in the issues raised by the plaintiffs in these actions, some coordination of procedures is required for judicial economy and efficiency of efforts by the parties. Accordingly, it is

    ORDERED that a consolidated status conference will be held on July 23, 2010, at 2:00 p.m. Mountain Daylight Time in Courtroom A201, the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Because of the geographical dispersion of plaintiffs'

counsel, the conference will be held in a courtroom equipped to accommodate counsel who may wish to participate by telephone conference to avoid travel expense. Personal attendance is, of course, preferred.

Counsel who attend by telephone conference will call the court staff at 303-844-4627 by Monday, July 19, 2010, between the hours of 8:00 a.m. and 4:00 p.m. to provide telephone numbers. The conference call will be initiated by the Court's staff.

Dated: July 6, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge