IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. **05-cv-00018-RPM**
FORT PECK HOUSING AUTHORITY;

Civil Action No. **06-cv-01680-RPM**
NORTHERN ARAPAHO TRIBE, et al.;

Civil Action No. **07-cv-01343-RPM**
BLACKFEET HOUSING, et al.;

Civil Action No. **08-cv-00451-RPM**
TLINGIT-HAIDA REGIONAL HOUSING AUTHORITY;

Civil Action No. **08-00826-RPM**
NAVAJO HOUSING AUTHORITY;

Civil Action No. **08-cv-02570-RPM**
YAKAMA NATION HOUSING AUTHORITY;

Civil Action No. **08-cv-02573-RPM**
MODOC LASSEN INDIAN HOUSING AUTHORITY;

Civil Action No. **08-cv-02577-RPM**
CHOCTAW NATION OF OKLAHOMA, et al.;

Civil Action No. **08-cv-02584-RPM**
SICANGU WICOTI AWANYAKAPI CORPORATION, et al.;

Civil Action No. **11-cv-01516-RPM**
NAMBE PUEBLO HOUSING ENTITY,

    Plaintiffs,

v.

HUD, et.al.,

    Defendants.

---

ORDER REGARDING BRIEFING SCHEDULE

---

Pursuant to the discussion at the coordinated status conference held on November 19, 2012, it is

ORDERED that on or before December 19, 2012, simultaneous briefs shall be filed by the plaintiffs and defendants in the coordinated cases addressing factual and legal questions pertaining to HUD's authority to recapture funds awarded in a previous grant year that the grant recipient spent on affordable housing activities; it is

FURTHER ORDERED that on or before January 18, 2013, plaintiffs in each case shall file a statement of the relief requested and the court's jurisdiction under the APA to grant such relief. Proposed supplements to the administrative record may be tendered. It is

FURTHER ORDERED that the defendants' responses to the plaintiffs' statements are due on or before March 19, 2013.

Dated: November 19, 2012

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge