# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

No. 1:07-cv-01343-RPM

BLACKFEET HOUSING, THE ZUNI TRIBE, ISLETA PUEBLO HOUSING AUTHORITY, PUEBLO OF ACOMA HOUSING AUTHORITY, ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS REGIONAL HOUSING AUTHORITY, NORTHWEST INUPIAT HOUSING AUTHORITY, INTERIOR REGIONAL HOUSING AUTHORITY, BRISTOL BAY HOUSING AUTHORITY, ALEUTIAN HOUSING AUTHORITY, CHIPPEWA CREE HOUSING AUTHORITY, and BIG PINE PAIUTE TRIBE,

 Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD); SHAUN DONOVAN, Secretary of HUD; DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing; and GLENDA GREEN, Director, Office of Grants Management, National Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

 Defendants.

---

## ORDER

---

The Court, having reviewed the Unopposed Motion by Plaintiffs to Extend Deadline by Forty-Five Days to File the Statement of Relief Requested, for sufficient cause shown, hereby grants the Unopposed Motion.   Accordingly,

IT IS ORDERED, that the Plaintiffs shall file their Statement of Relief Requested on or before March 4, 2013 and Defendants shall file their response to Plaintiffs' Statement of Relief Requested on or before May 6, 2013.

Dated: December 26th , 2012

            BY THE COURT:

            s/Richard P. Matsch
            _____
            Richard P. Matsch, Senior District Judge