IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. **05-cv-00018-RPM**
FORT PECK HOUSING AUTHORITY;

Civil Action No. **06-cv-01680-RPM**
NORTHERN ARAPAHO TRIBE, et al.;

Civil Action No. **07-cv-01343-RPM**
BLACKFEET HOUSING, et al.;

Civil Action No. **08-cv-00451-RPM**
TLINGIT-HAIDA REGIONAL HOUSING AUTHORITY;

Civil Action No. **08-00826-RPM**
NAVAJO HOUSING AUTHORITY;

Civil Action No. **08-cv-02573-RPM**
MODOC LASSEN INDIAN HOUSING AUTHORITY;

Civil Action No. **08-cv-02577-RPM**
CHOCTAW NATION OF OKLAHOMA, et al.;

Civil Action No. **08-cv-02584-RPM**
SICANGU WICOTI AWANYAKAPI CORPORATION, et al.;

Civil Action No. **11-cv-01516-RPM**
NAMBE PUEBLO HOUSING ENTITY,

    Plaintiffs,
v.

HUD, et.al.,

    Defendants.

## ORDER GRANTING MOTION TO FILE SURREPLY

Upon review of the Unopposed Motion by Defendants for Leave to File Surreply to Plaintiffs' Reply to Defendants' Response to Plaintiffs' Statement of Relief Requested, filed September 25, 2013, it is

ORDERED that the motion is granted and the surreply attached thereto is accepted for filing.

Dated: September 27th, 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge