IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. **05-cv-00018-RPM**
FORT PECK HOUSING AUTHORITY;

Civil Action No. **06-cv-01680-RPM**
NORTHERN ARAPAHO TRIBE, et al.;

Civil Action No. **07-cv-01343-RPM**
BLACKFEET HOUSING, et al.;

Civil Action No. **08-cv-00451-RPM**
TLINGIT-HAIDA REGIONAL HOUSING AUTHORITY;

Civil Action No. **08-00826-RPM**
NAVAJO HOUSING AUTHORITY;

Civil Action No. **08-cv-02573-RPM**
MODOC LASSEN INDIAN HOUSING AUTHORITY;

Civil Action No. **08-cv-02577-RPM**
CHOCTAW NATION OF OKLAHOMA, et al.;

Civil Action No. **08-cv-02584-RPM**
SICANGU WICOTI AWANYAKAPI CORPORATION, et al.;

Civil Action No. **11-cv-01516-RPM**
NAMBE PUEBLO HOUSING ENTITY,

     Plaintiffs,
v.

HUD, et.al.,

     Defendants.

---

ORDER DIRECTING CLERK TO DOCKET TRANSCRIPTS IN REFERENCED CASES

---

From a review of the records in the above-referenced actions, it appears that transcripts of consolidated proceedings in these matters were docketed only in Civil Action 05-cv-00018-RPM.  It is now

ORDERED that the Clerk is directed to docket transcripts of all coordinated proceedings in each of the referenced actions.

Dated: August 26th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge