**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: September 22, 2014
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

___

Civil Action No. Civil Action No. 07-cv-01343-RPM

| | |
|---|---|
| BLACKFEET HOUSING, | John Fredericks, III |
| THE ZUNI TRIBE, | Peter J. Breuer |
| ISLETA PUEBLO HOUSING AUTHORITY, | |
| PUEBLO OF ACOMA HOUSING AUTHORITY, | |
| ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS | |
| REGIONAL HOUSING AUTHORITY, | |
| NORTHWEST INUPIAT HOUSING AUTHORITY, | |
| BRISTOL BAY HOUSING AUTHORITY, | |
| ALEUTIAN HOUSING AUTHORITY, | |
| CHIPPEWA CREE HOUSING AUTHORITY, and | |
| BIG PINE PAIUTE TRIBE, | |

    Plaintiffs,

v.

| | |
|---|---|
| UNITED STATES DEPARTMENT OF HOUSING AND | Timothy Jafek |
| URBAN DEVELOPMENT (HUD), | Kathryn Legomsky |
| SHAUN DONOVAN, Secretary of HUD, | Perrin Wright |
| DEBORAH A. HERNANDEZ, | |
| General Deputy Assistant Secretary for Public and Indian Housing, and | |
| GLENDA GREEN, Director, | |
| Office of Grants Management, National Office of Native American Programs, | |

    Defendants.

___

**COURTROOM MINUTES**
___

**Hearing on Proposed Final Judgment**

**2:00 p.m.**    **Court in session.**

Court's preliminary remarks.

Argument by Mr. Fredericks.
Mr. Fredericks states plaintiffs have no objections to the "letters" supplementing the record as long as plaintiffs are given the opportunity to confirm refunded/collected payments.

September 22, 2014
07-cv-01343-RPM

Mr. Breuer interjects in response to the Court's questions.

Argument by Ms. Legomsky.
Ms. Legomsky agrees to provide plaintiff with copies of the signed grant agreements to confirm recaptured amounts.

Statements by Mr. Fredericks.

**ORDERED:** **Defendants shall provide to plaintiffs copies of relevant signed grant agreements and necessary financial documents that confirm respective recapture amounts by October 22, 2014 and plaintiff shall respond if necessary by November 3, 2014.**

**2:45 p.m.** **Court in recess.**

Hearing concluded.  Total time: 45 min.