IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01343-RPM

BLACKFEET HOUSING,
THE ZUNI TRIBE,
ISLETA PUEBLO HOUSING AUTHORITY,
PUEBLO OF ACOMA HOUSING AUTHORITY,
ASSOCIATION OF VILLAGE COUNCIL PRESIDENTS REGIONAL HOUSING
      AUTHORITY,
NORTHWEST INUPIAT HOUSING AUTHORITY,
BRISTOL BAY HOUSING AUTHORITY,
ALEUTIAN HOUSING AUTHORITY,
CHIPPEWA CREE HOUSING AUTHORITY, and
BIG PINE PAIUTE TRIBE,

      Plaintiffs,
v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT (HUD),
JULIAN CASTRO, Secretary of HUD,
DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian
      Housing, and
GLENDA GREEN, Director, Office of Grants Management, National
      Office of Native American Programs,

      Defendants.

## ORDER

Pursuant to the statements of the Court and counsel during the hearing held in this action on September 22, 2014, the Defendants shall provide to the Plaintiffs on or before October 22, 2014, copies of relevant signed grant agreements and financial documents that confirm the

amounts recaptured by HUD from the Plaintiffs.  The Plaintiff shall respond if necessary by November 3, 2014.

    DATED:   September 22, 2014

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge